**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06cr294 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SALAIS INDALESIO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Susan M. Bazis, to withdraw as counsel for the defendant, Salais Indalescio [78]. Since retained counsel, Beau G. Finley has entered an appearance for the defendant [80], the motion to withdraw [78] is granted. Susan M. Bazis shall be deemed withdrawn as attorney of record and shall forthwith provide Beau G. Finley with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Bazis which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 10th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge